United States District Court
District of Connecticut

02cv1562 mtu

Felix Cotto

v.

John Armstrong, et, al

( Prisonal )

CIV. NO. 3:02 CV 1562 (TPS)

2005 JUN 27 A 11: 15

June 23, 2005

Motion To Reconsider Plaintiff's
motion for Appointment of Counsel.

Now Cones The Plaintiff Felix Cotto, Pro-se and hereby Respectfully mose This honorable Court To Reconsider Plaintiff's motion for Appointment of Counsel.

Statement of fact

Plaintiff file a 1983 Civil Rights Complaint allegius violation of his eighth amendment Right To The U.S. Court for being deniel Proper medical Care.

Plaintiff is unable To afford To hire and attorney To Represent him and had made several good faith efforts To find and attorney who Take The Case ( see Plaintiff's motion for Appointment of Counsel filed 06-02-03 docket 19 which was deniel on 08-21-03 docket 23 )

Plaintiff has no access To legal material or other legal assistance To help him file a Proper memorandum of Law and speak, very little english, D.O.C. Continues To move Plaintiff fron Jail To Jail everytime he finds another inmate To assisted

him, so he can't prepare for this trial

where for the Plaintiff prays that this honorable count will appoint counsel from the Provailing Panel to Represent the Plaintiff

        Respectfully submitted
        *Felix Catto*
        Felix Corro, Pro-se
        Corrigan Correctional Ins #183061
        986 Norwich-New London Turnpike
        Uncasville, CT 06382

## Certification

I hereby certify that a copy of the foregoing motion was mailed first class postage prepaid this 23 day of June, 05

    To: Attorney Robert Bishop Fiske III
        Assist Attorney General
        110 Sherman St
        Hartford, CT 06105

        Submitted by,
        *Felix Catto*
        Felix Corro, Pre-so