UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2005 JUL -1 A 11:5 (Prisoner)

FELIX COTTO

3:02CV1562 DJS-TPS

v.

JOHN ARMSTRONG, et al / JUNE 30, 2005

## MOTION FOR DISCOVERY

Now comes the plaintiff Felix Cotto, pro-se hereby Request that plaintiff Motion for Discovery be GRANTED

Plaintiff made a number of attempts to obtain copies of Film from unit camera's dated 2-1-02 to 2-27-02

Defendant's attorneys have refuse to even make an attempt to give plaintiff a copy of the films from the camera which involves plaintiff's incident.

The Film will show that defendant neglected in getting medical care to the plaintiff in a timely —

manner, these films go to the weight of Plaintiff's case

WHEREfore, the plaintiff prays, that this Court grant his motion for discovery and order the defendants to turn over copies of the film from the camera.

Respectfully submitted

Felix Catto

Felix Catto, Pro se #183061

Corrigan Correctional Ins

986 Norwich - New London Turnpike

Uncasville, CT 06382

## CERTIFICATION

I hereby certify that a copy of the foregoing motion was mailed first class postage pre-paid this 30 day of June 2005 to:

Mr Robert Fiske III
Asst Attorney General
110 Sherman Street
Hartford, CT. 06106

Submitted by

X Felix Catto Pro-se
Felix Catto