UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

(Prisoner)

FELIX COTTO                        CIV. NO. 3:02CV1562 DJS-TPS

v.

JOHN ARMSTRONG, et. al.            JUNE 30, 2005

## PLAINTIFF'S MOTION FOR PRE-TRIAL SETTLEMENT CONFRENCE.

Now comes the Plaintiff Felix Cotto, pro-se and hereby moves this Court to arrange a Pre-Trial Settlement Confrence at the Court's earliest convinience.

Plaintiff believes that if a Pre-Trial Settelement Confrence is set before the September 15, 2005 trial date, that with the Plaintiff and Defendant's attorney can settled this case.

Wherefore, plaintiff prays that this Court grant his motion for pre-trial settlement Confrence.

Respectfully submitted

*Felix Cotto*
Felix Cotto, Pro-se #183061
Corrigan Correctional Ins
986 Norwich-New London Turnpike
Uncasville, CT 06382

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed First Class postage pre-paid thru 30 day of June 2005 to:

Mr. Robert Fiske, III, Esq.
Assot. Attorney General
110 Sherman Street
Hartford, Ct. 06106

submitted by
*Felix Cotto*
Felix Cotto, Pro-se