UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

2005 JUL -1 A 11:51
( Prisoner )

FELIX COTTO           CIV. 3:02CV-1562 DJS·TPS

v.

JOHN ARMSTRONG, et. al.    June 30 2005

## PLAINTIFF'S REQUEST TO HAVE INTERPRETATOR PRESENT AT TRIAL

Plaintiff moves this Honorable Court to have a Spanish Speaking Interpreter present at trial to assisted the plaintiff with the English langue during the trial

Respectfully submitted
x Felix Cotto
Felix Cotto #183061
Corrigan Correctional Ins
986 Norwich- New London Turnpike
Uncasville, CT 06382

CERTIFICATION

I hereby certify that a copy of the foregoing was mailed first class postage pre-paid this 30 day of June 2005 to:

Mr. Robert Fiske, III, Esq.
Assist. Attorney General
110 Sherman Street
Hartford, CT 06106

Submitted by
/s/ Felix Cotto
Felix Cotto