United States District Court
District of Connecticut

Felix Cotto

    v.

John J. Armstrong, et, al

3:02 CV 1562 ( TPS )

July 5, 2005

### Plaintiff's motion To order defendants Turn over Discovery material Plaintiff's medical Records

Now Comes The Plaintiff Felix Cotto, Pro-se and hereby asked This honorable Court To grant Plaintiff's motion To order The defendants Turn over discovery material Plaintiff medical Records

on June 22, 2005 Plaintiff sent defendants Attorney Request for Production of documents seeking his medical Records which is need To Prove Plaintiff Case To The Court

defendant's Attorney on June 27, 2005 advise The Plaintiff in writing That he object To Plaintiff's Request and will object To any future Request for discovery ( see exhibit A)

defendant's Attorney is well aware That Plaintiff medical Records Clearly shows That The defendants Neglect in giving Plaintiff medical Treatment until he almost died This is The only Reason That defendants won't Turn over Plaintiff's medical Records

Plaintiff future States That without said medical Records he will be unable To Prepare his Case for Trial

Whfrefore, Plaintiff Prays That Thu Court order The defendants To Turn over said medical Records forthwith

Respectfully submitted

Felix Catto

Felix Corro, Pro-se    # 183061

Corrigan Corr Inst

986 Norwich-New London TPke

uncasville, CT 06382

## Certification

I hereby Certify That a Copy of The foregoing motion was mailed This 5th day of July 2005 first Class Postage Pre-Paid To:

mr. Robert B. Fiske, III

Assist Attorney General

110 sherman Street

Hartford, CT 06106

submitted by

Felix Catto

Felix Corro Pro-se



RICHARD BLUMENTHAL
ATTORNEY GENERAL

MacKenzie Hall
110 Sherman Street
Hartford, CT 06105-2294

Office of The Attorney General
## State of Connecticut

June 27, 2005

Mr. Felix Cotto, #183061
Corrigan C.I.
986 Norwich-New London Turnpike
Uncasville, CT 06382

**RE:  Cotto v. Armstrong, ET Al, 3:02CV1562(TPS)**

Dear Mr. Cotto,

 I am in receipt of your Request for Production of Documents, dated June 22, 2005.  Please be advised that the defendants object to this request, and will object to any future requests for discovery, as the time to obtain discovery expired over a year ago.  Consequently, the defendants will not respond to this discovery request.

Very truly yours,

Robert B. Fiske, III
Assistant Attorney General

EXHIBIT A