United States District Court
District of Connecticut

| | |
|---|---|
| Felix Cotto | FILED |
| v. | 2005 AUG 12 A 10: 45 |
| John J. Armstrong, et al, | NO: 3:02 CV1562 (TPS)<br>HARTFORD, CT. |

Memorandum

Plaintiff Felix Cotto Pro-se filed a 1983 Civil Rights Complaint on September 3, 2002 against defendants for violating Plaintiff 8 Amendment Right to the U.S. Const by intentionally Refusing to give Plaintiff Proper medical Care until Plaintiff almost died.

The Court has Jurisdiction Pursuant to 42 U.S.C. 1983 + 28 U.S.C. 1343(a)(3) over Plaintiff's action against all said defendants.

The Plaintiff's Complaint and medical Records Cleanly establish a Constitutional violation, and Cleanly states on Eighth Amendment violation Hudson v. Mc Millian, 112 S. CT 995, 1000 (1992) The allegations of denial of medical Care,
which the supreme Court has specifically Cited as an example of unconstitutional deliberate indifference to Prisoner's medical n Estelle v. Gamble, 429 U.S. 97, 105, 97 S.C.T. 285 (1976)

Plaintiff wrote a number of Request and filed Grievances T seek medical Treatment and after they saw Plaintiff They misdiagnois Plaintiff illness which Cause Plaintiff to get seriorly ill and almost die.

misdiagnois of Plaintiff medical Condition is a Clearly shows a Resulted from deliberate indifferences or negligence Rogers v. Evans, 792 F.2d at 1058, accord Smith v. Jenkins, 919 F.2d at 94 Court Ruled clear violation of inmate Eighth Amendment Right failed to diagnois and Treat Plaintiff who was suffering from diabetic showed defendants grossly had deliberate indifference and support Plaintiff claim miltier v. Beorn, 896 F.2d 848, 852, (4th Cir 1990) mandel v. Doe, 888 F.2d 783, 790 (11th Cir 1989).

Respectfully submitted

*Felix Cotto*

Felix Cotto, Pro-se

## Certification

I hereby Certify That a Copy of The foregoing was mailed first Class Postage Pre-Paid This ____ day of ____

To: Attorney Robert B. Fiske III
   Assist Attorney General
   110 Sherman St
   Hartford, CT 06105

Submitted by

*Felix Cotto*

Felix Cotto, Pro-se