**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| FELIX COTTO, | : | |
| *Plaintiff* | : | CIVIL NO. 3:02CV1562(TPS) |
| | : | |
| v. | : | |
| | : | |
| COMMISSIONER JOHN ARMSTRONG, | : | |
| HECTOR RODRIGUEZ, DR. JACH D. | : | |
| MALEH, MR. COOPER, JOHN AND | : | |
| JANE DOE, | : | |
| *Defendants* | : | AUGUST 9, 2005 |

## SUGGESTION OF DEATH ON THE RECORD

The defendants respectfully suggest upon the record, pursuant to Rule 25(a) of the

Federal rules of Civil Procedure, the death of the defendant Dr. Jach D. Maleh, during the

pendency of this action.


                                        DEFENDANTS
                                        Commissioner John Armstrong, Et Al

                                        RICHARD BLUMENTHAL
                                        ATTORNEY GENERAL


                        BY:    __/s/_____
                               Robert B. Fiske, III
                               Assistant Attorney General
                               Federal Bar No. ct17831
                               110 Sherman Street
                               Hartford, CT  06105
                               Tel: (860) 808-5450
                               Fax: (860) 808-5591
                               e-mail: robert.fiske@po.state.ct.us

**CERTIFICATION**

I hereby certify that a copy of the foregoing, was mailed in accordance with Rule 5(b) of

the Federal Rules of Civil Procedure on this, the 9th day of August, 2005, first class postage

prepaid to:

> Mr. Felix Cotto, #183061
> Corrigan Correctional Institution
> 986 Norwich-New London Turnpike
> Uncasville, CT 06382

                                                    __/s/_____
                                                    Robert B. Fiske, III
                                                    Assistant Attorney General