UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FELIX COTTO                                  :
                                             :   CIVIL NO. 3:02CV1562(TPS)
    V.                                       :
                                             :
JOHN ARMSTRONG, HECTOR                       :
RODRIGUEZ, DR. JACH D. MALEH[1],             :
MR. COOPER, JOHN AND JANE DOE.               :   AUGUST 10, 2005

### DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, the defendants respectfully move for summary judgment as to all of the claims in the plaintiff's Complaint.

Specifically, the defendants are entitled to summary judgment for the following reasons:

I.   The Plaintiff's Claims Against The John And Jane Doe's Are Invalid,

II.  Defendants Armstrong, Cooper And Rodriguez Were Not Personally Involved In Any Of The Incidents Which Gave Rise To The Plaintiff's Complaint;

III. The Defendants Did Not Violate The Plaintiff's Eighth Amendment Rights,

IV.  The Plaintiff's Claims Against The Defendant's In Their official Capacity Are Barred By The Eleventh Amendment, and,

V.   The Defendants Are Entitled To Qualified Immunity.

The legal arguments in support of the aforementioned grounds for summary judgment are set forth in the accompanying Memorandum of Law. In addition to the Memorandum lf Law, the defendants submit the following:

---

[1] Dr. Maleh is deceased. A Suggestion of Death On The Record was filed simultaneously with this motion, pursuant to Rule 25(a) of the Federal Rules of Civil Procedure

1. A local of Rule 56(c) Statement of Undisputed Facts;

2. Plaintiff's Complaint. (Exhibit A).

3. Relevant pages of the plaintiff's certified medical records. (Exhibit B)

4. A memorandum of law in support of the Defendant's Motion for Summary Judgment.

WHEREFORE, the Defendant's Motion for Summary Judgment should be granted in its entirety, with prejudice.

               DEFENDANTS
               JOHN ARMSTRONG, ET AL

               RICHARD BLUMENTAL
               ATTORNEY GENERAL


               By: /s/
               Robert B. Fiske, III
               Assistant Attorney General
               110 Sherman Street
               Hartford, CT 06105
               Tel; (860) 808-5450
               Fed. No: ct 17831
               e-mail: robert.fiske@po.state.ct.us


## **CERTIFICATION**

 I hereby certify that a copy was mailed this, the 10th day of August, 2005, to:

Mr. Felix Cotto, #183061
Corrigan Correctional Institution
986 Norwich-New London Turnpike
Uncasville, CT 06382

               /s/
               Robert B. Fiske, III
               Assistant Attorney General