UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| FELIX COTTO | : | CIVIL NO. 3:02CV1562(TPS) |
| v. | : | |
| COMMISSIONER JOHN ARMSTRONG, | : | |
| HECTOR RODRIGUEZ, DR. JACK D. | : | |
| MALEH, MR. COOPER, | : | |
| JOHN AND JANE DOE | : | AUGUST 10, 2005 |

## NOTICE OF MANUAL FILING

Please take notice that defendants, Commissioner John Armstrong, Et Al., have manually filed the following documents:

1. Exhibit A: Plaintiff's Complaint.
2. Exhibit B: Medical Records.

These documents have not been filed electronically because:

[ X ]  **Medical Records – manual filing only is ordered.**
[ ]    the documents cannot be converted to an electronic format.
[ ]    the electronic file size of the document exceeds 1.5 megabyte.
[ ]    the document or thing is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 57(b).
[ ]    Plaintiff/Defendant is excused from filing this document or thing by Court order.

The documents have been manually served on all parties.

                 DEFENDANTS
                 Commissioner John Armstrong, Et Al.

                 RICHARD BLUMENTHAL
                 ATTORNEY GENERAL

BY:  __/s/_____
    Robert B. Fiske, III
    Assistant Attorney General
    110 Sherman Street
    Hartford, CT  06105
    Federal Bar #ct17831
    E-Mail: robert.fiske@po.state.ct.us
    Tel.: (860) 808-5450
    Fax: (860) 808-5591

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following on this 10th day of August, 2005:

  Felix Cotto, Inmate #183061
  Corrigan-Radgowski Correctional Center
  986 Norwich-New London Turnpike
  Uncasville, CT 06382

            __/s/_____
            Robert B. Fiske, III
            Assistant Attorney General