United States District Court
District of Connecticut

Felix Cotto

V.

John Armstrong, et al

FILED
3:02 CV 1562 TPS
2005 AUG 24 A 11:01

August 18th, 2005

## Plaintiff's Response To defendants motion for summary Judgement

Now Comes The Plaintiff Felix Cotto, Pro-se, hereby Response To defendants' motion for Summary Judgment Pursuant To Fed R Civ P 56 and L. Rule C. Proc 9(c)(2)

Respectfully submitted

*Felix Cotto*

Felix Cotto 183061
Corrigan Corr Inst
986 Norwich- NL Tpke
Uncasville, CT 06382

### Certification

I hereby Certify That a Copy of The foregoing was mailed This 18th day of August 2005 To

Mr Rober Fiske III Esq
Assist Atty General
110 Sherman St
Hartford, CT 06106

*Felix Cotto*
Felix Cotto