United States District Court
District of Connecticut

Felix Cotto
   v.
John Armstrong, et al

FILED
3:02CV01562:TPS
DISTRICT COURT
AUGUST 18th 2005

Plaintiff's Statement of Disputed Facts

Defendants have moved the Court for summary judgment on the Plaintiff's claim concerning the denial of proper medical treatment. Pursuant to local Civ. R. 9(c)(2) of this Court the Plaintiff submits the following list of genuine issues of material fact that require the denial of defendants' motion

1. The Plaintiff was denied proper medical treatment for his diabetics

2. The Plaintiff was miss-diagnosis by defendant maleh from on 02 abose Jan 1st 02 until Feb 27, 02 for being a diabectis

3. On Feb 5th 02 defendant maleh know from Plaintiff lab work that Plaintiff Glucose level was 487 and still refuse to treat Plaintiff for his diabecties.

4. Plaintiff made defendants Armstrong, Rodriguez + Copper aware that he wasn't getting proper medical treatment and was seriously ill.

5. Plaintiff did not Receive any medical Treatment for his diabecties until Plaintiff was found Pass-out on his cell floor on Feb 27th 02 and Rush To uconn Health Center where he was finally Properly diagnosis as being a diabectic.

Respectfully submitted

Felix Cotto

Felix Cotto #133061
Corrigan Corr Inst
986 Norwich-NL TPKe
Uncasville, CT 06382

Certification

I hereby Certifi that a Copy of The foregoin was mailed This 18th day of August 2005 To

mr Robert Fiske, Jr, Esq
Assist Atty General
110 sherman St
Hartford, CT 06106

Felix Cotto
Felix Cotto