UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

**FELIX COTTO,**
       -**Plaintiff Pro Se**

   -v-                                                                CIVIL 3:02 CV 1562 (TPS)

**COMMISSIONER JOHN ARMSTRONG,**
**HECTOR RODRIGUEZ,**
**DR. JACH D. MALEH,**
**MR. COOPER,**
**JOHN DOE,**
**JANE DOE,**
       -**Defendants**

## NOTICE

    **Counsel for the defendants has filed a notice pursuant to Fed. R. Civ. P. 25(a) officially calling the court's attention, and that of the parties, to the death of the defendant Jach D. Maleh, M.D.**

    **Attached hereto for the convenience of the <u>pro se</u> plaintiff is a photocopy of Fed. R. Civ. P. 25. The plaintiff should read this rule carefully, since it may be necessary for the plaintiff to take action if he seeks to preserve his claim against the defendant. Failure to take appropriate action could result in the extinguishment of plaintiff's claims as they pertain to Dr. Maleh.**

    **Dated at Hartford, Connecticut, this 7th day of October, 2005.**

                                                      _____
                                                      Thomas P. Smith
                                                      United States Magistrate Judge