UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FELEX COTTO                               3:02CV1562 TPS

    v

JOHN ARMSTRONG, ET, AL        OCTOBER 18th 2005


PLAINTIFF'S MOTION FOR
SUBSTITUTION OF DEFENDANT
DOCTOR JACK D. MALEH

Now comes the plaintiff pro-se Felex Cotto, and hereby moves this Court, under F.R.Civ.Proc 25 (d)(1) to substitute Doctor Jack D. Maleh who was sued in his official and individual capacity with his successor Doctor Ricard Ruiz.

Respectfully submitted
Felix Cotto
Felix Cotto #183061
Corrigan Corr. Inst,
986 Norwich-N. Tpke
Uncasville, Ct. 06382

## CERTIFICATION

I hereby certify that a copy of the foregoing motion was mailed this 18th day of October, First class postage pre-paid to:

Mr. Robert Fiske, III, Esq.
Assistant Attorney General
110 Sherman Street
Hartford, Ct. 06106

Now comes the plaintiff pro-se Felix Coth, f and hereby moves the Court, Judge Felix Cuttoy as (D(C) to substitute Doctor Jack D. Myler who was sued in his official and individual capacity with his suchcessor Doctor Ricardo Ruiz.

Respectfully submitted,

Felix Coth #180081
Corrigan Corr Inst.
986 Norwich-New Pike
Uncasville, CT. 06382