UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| FELIX COTTO | : | PRISONER |
| | : | CIVIL NO. 3:02CV1562(TPS) |
| v. | : | |
| | : | |
| COMMISSIONER JOHN ARMSTRONG, | : | |
| HECTOR RODRIGUEZ, DR. JACH D. | : | |
| MALEH, MR. COOPER, JOHN AND | : | |
| JANE DOE | : | FEBRUARY 10, 2006 |

## STIPULATION OF DISMISSAL

In accordance with the terms of the Stipulated Settlement and Release of Liability signed by the parties and the payment of the agreed upon settlement amount of Nine Hundred and Sixty-five Dollars to the plaintiff, with all conditions now having been satisfied, the defendants move for the dismissal of this case.

.                                            DEFENDANTS
                                             JOHN ARMSTRONG, ET AL

                                             RICHARD BLUMENTHAL
                                             ATTORNEY GENERAL


                                    BY:    __/s/_____
                                             Robert B. Fiske, III
                                             Assistant Attorney General
                                             110 Sherman Street
                                             Hartford, CT  06105
                                             Federal Bar #ct17831
                                             E-Mail: Robert.Fiske@po.state.ct.us
                                             Tel: (860) 808-5450
                                             Fax: (860) 808-5591


## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following on this, the 10TH day of February, 2006, to:

Inmate Felix Cotto, #183061
Corrigan Correctional Institution
986 Norwich-New London Turnpike
Uncasville, CT 06382

                                           __/s/_____
                                            Robert B. Fiske, III
                                            Assistant Attorney General